DEFENDANT :    1.  KATHERINE NOLAND

YEAR OF BIRTH:

ADDRESS:

<u>COMPLAINT FILED</u>?    _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _____ YES   __X__ NO

OFFENSE:    **COUNT 1:**  Title 18, United States Code, Section 1956(a)(3)(B) and (C): Money Laundering

    **COUNT 2:**  Title 18, United States Code, Sections 1960 and 2
Operation of Unlicensed Money Transmitting Business and aiding and abetting

    NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(County and State):    Boulder, Colorado

PENALTY:    **COUNT 1:**  NMT 20 years imprisonment; $250,000.00 fine, or both; MNT 3 years Supervised Release, $100.00 Special Assessment Fee

    **COUNT 2:**  NMT 5 years imprisonment; $250,000.00 fine, or both; NMT 3 years Supervised Release, $100.00 Special Assessment Fee

    NOTICE OF FORFEITURE

AGENT:    Special Agent Arran McWhirter
ICE/HSI

AUTHORIZED BY:  Michele Korver
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less
__X__ over five days
_____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  __X__ Yes    _____ No