DEFENDANT :        2.  THOMAS NOLAND

YEAR OF BIRTH:

ADDRESS:

COMPLAINT FILED?  _____ YES   __X__ NO

        IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   ___X___ NO

OFFENSE:     **COUNT 2:** Title 18, United States Code, Sections 1960 and 2
                    Operation of Unlicensed Money Transmitting Business and aiding and abetting

                    NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(County and State):          Boulder, Colorado

PENALTY:     **COUNTS 2:** NMT 5 years imprisonment; $250,000.00 fine, or both;
                    NMT 3 years Supervised Release, $100.00 Special Assessment Fee

                    NOTICE OF FORFEITURE

AGENT:       Special Agent Arran McWhirter
                    ICE/HSI

AUTHORIZED BY:  Michele Korver
                        Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_ X__ five days or less

_____ over five days

____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  __X__ Yes   _____ No